
**ORIGINAL**

FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0295

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0295

NATHAN BRYCE HARDIN,

    Plaintiff and Appellant,

v.

STATE OF MONTANA and ATTORNEY
GENERAL AUSTIN KNUDSEN,

    Defendants and Appellees.

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

The record was filed for purposes of this appeal on May 9, 2024. Appellant did not timely file an opening brief, and on June 26, 2024, this Court ordered that Appellant prepare, file, and serve the opening brief no later than July 26, 2024. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Nathan Bryce Hardin and to all counsel of record.

DATED this 6 day of August, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices